STATE OF NEW JERSEY v. DANNY WELLS.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD T. BRADLEY.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD T. BRADLEY.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. JONES.

July 7, 1987.

Petition for certification denied.